IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:10-MJ-12 |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TISHEAN MARTIN | ) | |
| a.k.a. TISHEAN REID | ) | |

\_\_\_\_\_This matter is before the Court on the Motion of the United States of America to dismiss the Criminal Complaint against Defendant Tishean Martin a.k.a. Tishean Reid, without prejudice.

It is hereby ordered that the Motion be GRANTED and the Criminal Complaint be dismissed without prejudice.\_\_\_

SO ORDERED.

Signed: March 17, 2010

David S. Cayer
United States Magistrate Judge